

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2021

No. 04-21-00042-CV

**CITY OF FLORESVILLE, TEXAS**, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Jade Jimenez, Gloria Morales Cantu, Monica Veliz, in their official capacities, Appellants

v.

Nick **NISSEN**, David Johns, Paul W. Sack, Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellants' reply brief was due on October 4, 2021. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on November 3, 2021. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court